UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| Edna J. Flygare | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Case No. 4:08cv00798RWS |
| vs. | ) | |
| | ) | |
| Social Security Administration | ) | |
| Michael J. Astrue, Commisioner of Social Security | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**<u>ORDER</u>**

The above styled and numbered case was filed on June 3, 2008 and randomly

assigned to the Honorable Rodney W. Sippel, United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly.

The case should have been assigned to our Northern Division.  Accordingly, the case has

been transferred to our Northern Division and given Case No. 2:08cv00029AGF and randomly

assigned to the Honorable Audrey G. Fleissig, United States Magistrate Judge.

Dated this 3rd day of June, 2008.

JAMES G. WOODWARD, CLERK

By: /s/ Karen Moore, Deputy Clerk

**Please note the new case number: 2:08cv00029AGF.**